UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BOARD OF TRUSTEES OF THE
TEAMSTERS LOCAL 631 SECURITY
FUND FOR SOUTHERN NEVADA;
BOARD OF TRUSTEES OF THE
TEAMSTERS CONVENTION
INDUSTRY TRAINING FUND;
BOARD OF TRUSTEES OF THE
TEAMSTERS LOCAL 631
CONVENTION VACATION SAVINGS
PLAN,

Plaintiffs,

v.

BH&L DECORATORS INC., a Florida
corporation,

Defendant.

Case No. 2:24-cv-01383-APG-EJY

**ORDER**

Pending before the Court is Plaintiff's Motion to Enlarge Time Period for Service. ECF No. 8. Under Federal Rules of Civil Procedure, Plaintiff has ninety (90) days to serve the Complaint and Summons on Defendant after the Complaint was filed. Fed. R. Civ. P. 4(m). If Plaintiff shows good cause, the Court may extend the time for service for an appropriate period of time. *Id*. "Generally, good cause is demonstrated 'where a plaintiff has shown diligent efforts to effect service.'" *Signature Surgery Ctr. LLC v. Cel Servs. Grp., Inc.*, Case No. 2:21-cv-00215-JCM-EJY, 2022 WL 1432444, at *1 (D. Nev. Apr. 5, 2022) (quoting *Mitchell v. City of Henderson*, Case No. 2:13-cv-01154-APG-CWH, 2015 WL 427835, at *7 (D. Nev. Feb. 2, 2015)). Courts enjoy substantial discretion to enlarge the time for service for any reason, even if there is no good cause shown. *Id*.

Here, Plaintiff has established good cause for the extension requested. Plaintiff has engaged in substantial effort to serve Defendant in Florida where Defendant's resident agent was located; however, the resident agent no longer resides at the address identified. Plaintiff also spoke on several occasions with an individual believed to be associated with Defendant, but that individual disclaims any such association. Plaintiff recently located another individual who may have a relationship with

1    Defendant who is located in Winter Haven, Florida.  Plaintiff's efforts, only summarized herein,

2    have been substantial.

3         Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Enlarge Time Period for

4    Service (ECF No. 8) is GRANTED.

5         IT IS FURTHER ORDERED that Plaintiff shall have through and including December 23,

6    2024 to attempt effective service on Defendant.

7         Dated this 25th day of October, 2024.

8

9                                        _____
                                         ELAYNA J. YOUCHAH
10                                       UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28