AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada et al.

Plaintiffs,

v.

BH&L Decorators Inc.

Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-01383-APG-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiffs against Defendant BH&L Decorators Inc. for $1,486,434.

3/11/2025
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk