# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA, et al., | Case No.: 2:24-cv-01383-APG-EJY |
| Plaintiffs | **Order for Entry of Judgment** |
| v. | [ECF No. 16] |
| BH&L DECORATORS INC., | |
| Defendant | |

I previously granted the plaintiffs' motion for default judgment and directed them to submit a form of judgment, including updated amounts owed. ECF No. 15.  The plaintiffs have submitted their proposal (ECF No. 16), and it appears reasonable and correct, except for the request for estimated future attorneys' fees and collection costs.  I will not award estimated future fees and costs.  The plaintiffs may seek to recover actual fees and costs incurred in the future if appropriate.

I THEREFORE ORDER the clerk of the court to enter judgment in favor of plaintiffs the Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, the Board of Trustees of the Teamsters Convention Industry Training Fund, and the Board of Trustees of the Teamsters Local 631 Convention Vacation Savings Plan, and against BH&L Decorators, Inc., for the following amounts:

- delinquent employee benefit contributions: $574,977

- liquidated damages: $501,768.97

- prejudgment interest: $501,768.97

- audit fees: $406

-past attorney's fees: $9,695

**TOTAL JUDGMENT AMOUNT: $1,588,615.94**.

I FURTHER ORDER that post-judgment interest will accrue at the contractual 18% simple interest rate.

I FURTHER ORDER the clerk to close this case.

DATED this 24th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE